688 A.2d 167

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Steven SZAREWICZ, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 22, 1997.

## ORDER

PER CURIAM:

AND NOW, this 22nd day of January, 1997 the Petition for Allowance of Appeal is granted limited to the issue of whether a formal inquest is necessary before a coroner may act as an issuing authority.